IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES C. ADKISON,

    Plaintiff,
v.                                                              CASE NO. 5:17-cv-70-RH-GRJ

BAY COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint and has since filed an amended complaint to address deficiencies in his original complaint. (ECF Nos. 1, 4, 5.) Plaintiff's amended complaint, however, failed to adequately address the deficiencies the Court pointed out in his original complaint and failed to state causes of action upon which relief may be granted. (ECF No. 6.)

Because Plaintiff is proceeding *pro se*, the Court provided Plaintiff one last opportunity to file a second amended complaint if he wished to allege a regulatory taking claim against the Bay County Board of Commissioners. (*Id*.) Plaintiff was ordered to file the second amended complaint on or before June 8, 2017, for this limited purpose. (*Id*.) The

Court warned Plaintiff that failure to comply with the Court's order or to show cause as to why Plaintiff is unable to comply would result in a recommendation to the district judge that the case be dismissed without further notice for failure to state a cause of action, failure to prosecute, and failure to comply with a Court order. (*Id.*)

Since that order, the Court has granted two extensions of time for Plaintiff to file his second amended complaint. (ECF Nos. 8, 11.) His final deadline for filing his amended pleading was September 11, 2017. (ECF No. 11.) As of the date of this report and recommendation, Plaintiff has not complied with the Court order by failing to file his second amended complaint.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 18th day of September 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be**

**filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**